UNITED STATES of America ex rel.
Beverly HILL

v.

David N. MYERS, Superintendent, State
Correctional Institution, Graterford,
Pennsylvania.

Misc. No. M–2319.

United States District Court
E. D. Pennsylvania.

Oct. 12, 1961.

Beverly Hill, plaintiff-petitioner in pro.
per.

James C. Crumlish, Jr., Dist. Atty.,
Stanley M. Schwarz, Asst. Dist. Atty.,
Philadelphia, Pa., for the Commonwealth.

KRAFT, District Judge.

Examination of relator's petition for
writ of habeas corpus and the supporting
exhibits discloses that relator's petition
to the Supreme Court of Pennsylvania
for allowance of an appeal from the order
and judgment of the Superior Court of
Pennsylvania was filed out of time and
was denied for that reason. In our view
relator's failure timely to file his appli-
cation for allowance of appeal with the
Pennsylvania Supreme Court, constitutes
a failure to exhaust relator's State reme-
dies and so precludes the grant of the
writ of habeas corpus now sought. Cf.
United States ex rel. Peckham v. Ragen,
7 Cir., 241 F.2d 318. Accordingly, we
enter the following

Order

Now, October 12, 1961, it is ordered
and decreed that relator's petition for
writ of habeas corpus is dismissed and
the writ denied.